# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHANDRA PROFIT**                                                                                  **PLAINTIFF**

**V.**                         **4:16CV00236 JM**

**METROPOLITAN HOUSING ALLIANCE, et al,**                    **DEFENDANTS**

## ORDER OF DISMISSAL

The Court has been notified by the parties that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Clerk is directed to close the case.

Dated this 11th day of October, 2017.

_____
James M. Moody Jr
United States District Judge